No. 190. HAGAN *v.* APPELLATE DEPARTMENT OF THE SUPERIOR COURT OF CALIFORNIA ET AL. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied.

No. 197. MISSISSIPPI POWER CO. ET AL. *v.* SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION. Sup. Ct. Miss. Certiorari denied. *James S. Eaton, Thomas H. Watkins* and *Sherwood W. Wise* for petitioners. *David C. Welch, T. Harvey Hedgepeth* and *John H. Price, Jr.,* for respondent.

No. 198. GEVINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edwin Smith* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 200. CARBO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William B. Beirne, A. L. Wirin, Fred Okrand* and *Russell E. Parsons* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 201. PECK IRON & METAL CO., INC., ET AL. *v.* COLONIAL PIPELINE CO. Sup. Ct. App. Va. Certiorari denied. *Harold J. Goodman* for petitioners.

No. 202. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Julian Hartridge, Jr.,* and *Samuel A. Cann* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.